| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Lawson, David M | 2. Court or Organization U.S. District Court, E.D. Mich | 3. Date of Report 04/30/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 214 Post Office Building Bay City, MI 48078 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Vice-president | Oakland County Bar Association |
| 2. Custodian | Custodian account #1 (See note Part VIII) |
| 3. Custodian | Custodian account #2 (See note Part VIII) |
| 4. Custodian | Custodian account #3 |
| 5. Director | High Sierra, Inc. |

2006 MAY -8 P 12: 05 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 04/30/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 3/2005 | S.E.A.K., Inc. (Seminar taught) | $ 1500.00 |
| 2. 6/2005 | Rutter Group (seminar taught) | $ 500.00 |
| 3. 8/2005 | S.E.A.K., Inc. (seminar taught) | $ 1500.00 |
| 4. 5, 8/2005 | Thomas M. Cooley Law School (Teaching) | $ 20000.00 |
| 5. 1/2005 | Trust #1 Trustee Fee | $ 291.16 |
| 6. 6/2005 | Elsevier Group (Manuscript review) | $ 500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2005 | State of Michigan (wages) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. S.E.A.K., Inc. | Newport Beach, California, March 30-31, 2005 Medical Witness Seminar (Travel, Lodging, Food) |
| 2. The Rutter Group | Detroit, Michigan, June, 2005 (Mileage) |
| 3. S.E.A.K., Inc. | Hyannis, Massachusetts, August 17-19, 2005 Expert Witness Seminar (Travel, Lodging, Food) |
| 4. Michigan Institute of Continuing Legal Education | Plymouth, Michigan, March 15, 2005 (Mileage) |
| 5. Michigan Institute of Continuing Legal Education | Mackinac Island, Michigan (Travel, Lodging, Food) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 04/30/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 04/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Detroit Edison Common Stock | A | Dividend | K | T | | | | | |
| 2. Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 3. Walt Disney Company common stock | A | Dividend | J | T | | | | | |
| 4. CGM Advisor Targeted Eq (f/k/a CDC Nvest Class A) | A | Dividend | K | T | Partial sale | 5/20 | K | C | |
| 5. IXIS Value Fund A (f/k/a CDC Nvest Star Fund A) | B | Dividend | J | T | | | | | |
| 6. Harris Assoc Large Cap | B | Dividend | K | T | | | | | |
| 7. CNL Income Fund XIV Ltd.* | A | Dividend | J | T | | | | | |
| 8. Wells Real Estate Investment Fund VI* | A | Dividend | J | T | | | | | |
| 9. Bond Fund of America* | A | Dividend | J | T | | | | | |
| 10. New Economy Fund* | A | Dividend | J | T | | | | | |
| 11. New Perspective Fund* | A | Dividend | J | T | | | | | |
| 12. ISI Total Return Treasury Fund (DC) (Custodian) | B | Dividend | J | T | Partial dist | 1/2 | J | A | See note in Part VIII |
| 13. NCR Corp common stock | | None | J | T | | | | | |
| 14. High Sierra, Inc. | | None | K | T | | | | | |
| 15. Vanguard Fixed Income GNMA Fund* | A | Dividend | | T | Sold | 3/11 | K | A | |
| 16. Eaton Value Income Fund of Boston* | A | Dividend | | T | Sold | 3/11 | K | A | |
| 17. MFS Value Fund* | A | Dividend | | T | Sold | 3/11 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 04/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Growth Fund of America | A | Dividend | J | T | | | | | |
| 19. Growth Fund of America (Custodian) | B | Dividend | J | T | | | | | |
| 20. Europacific Growth Fund* | A | Dividend | | T | Sold | 3/11 | L | A | |
| 21. Pbhg Strategic Small Company Fund* | A | Dividend | | T | Sold | 3/11 | K | A | |
| 22. Growth Fund of America Class F)* | A | Dividend | | T | Sold | 3/11 | K | A | |
| 23. Courtland General Money Market Fund* | A | Interest | K | T | | | | | |
| 24. Short Term U.S. Govt. Cl. B. fund* | B | Interest | J | T | | | | | |
| 25. Tocqueville Europe Fund* | A | Dividend | | T | Buy | 3/22 | K | | |
| 26. Tocqueville Europe Fund* | | | | | Sold | 9/30 | K | C | |
| 27. Park Avenue Portfolio Fund* | A | Dividend | | T | Buy | 3/22 | J | | |
| 28. Park Avenue Portfolio Fund* | | | | | Sold | 9/30 | J | B | |
| 29. SSgA Yield Enhanced STIF | A | Interest | J | T | Acquired | 1/2 | J | | |
| 30. Goldman Sachs Select Equity Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 31. Oppenheimer Total Return Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 32. Davis N Y Venture Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 33. Eaton Vance Growth & Income Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 34. Touchstone Large Cap Growth Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 04/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Evergreen Specail Values Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 36. Seligman Small Cap Value Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 37. Value Line Emerging Opportunities Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 38. Neuberger Berman Int'l Equity Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 39. Templeton Foreign Fund* | A | Dividend | K | T | Buy | 3/21 | K | | |
| 40. Delaware Emerging Markets Fund* | A | Dividend | J | T | Buy | 3/21 | J | | |
| 41. Eaton Vance Emerging Markets Fund* | A | Dividend | J | T | Buy | 3/21 | J | | |
| 42. First of America Bank (now Charter One Bank) | A | Interest | L | T | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 04/30/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Custodianship #1 was terminated. The assets were distributed to the beneficiary.

2. Custodianship #2 was terminated. The assets were distributed to the beneficiary.

3. Investments in Part VII designated with an astrisk (*) are held in an IRA of reporter or spouse.

4. Item in Part VII, Line 42 was previously held; it is reportable under the guidelines during this period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544